# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 21-1931

Magly Beverly Castanon; A.M.C.; J.C.C.

Petitioners

v.

Merrick B. Garland, Attorney of United States

Respondent

Petition for Review of an Order of the Board of Immigration Appeals
(A208-371-014)
(A208-371-013)
(A208-371-012)

## JUDGMENT

The unopposed motion to remand this petition for review to the Board of Immigration Appeals for further proceedings and to stay Petitioners' removal pending a decision in this matter by the Board of Immigration Appeals has been considered and is granted.

The matter is remanded to the Board of Immigration Appeals.

September 17, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Michael E. Gans